UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TODD P. EVANS, an individual, | Case No. 3:19-cv-00464-LRH-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LANDER COUNTY HOSPITAL DISTRICT d/b/a BATTLE MOUNTAIN GENERAL HOSPITAL; and DOES 1 through 100, inclusive, | |
| Defendant. | |

Defendant, Lander County Hospital District, d/b/a Battle Mountain General Hospital, moved this court to strike allegations of punitive damages from plaintiff, Todd P. Evans' Complaint. ECF No. 8. Plaintiff submitted a non-opposition to the defendant's motion, agreeing to strike the following paragraphs contained in ECF No. 1: paragraphs 32, 45, and 53, and paragraph c in the prayer for relief. ECF No. 9. Defendant has not filed any reply disputing that the above listed paragraphs contain the offending language.

Based on the plaintiff's non-opposition and pursuant to the court's local rules, the court hereby **GRANTS** defendant's motion to strike (ECF No. 8). The plaintiff should file an amended complaint within 30 days from the date of this Order.

IT IS SO ORDERED.

DATED this 18th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1