# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD P. EVANS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LANDER COUNTY HOSPITAL DISTRICT d/b/a BATTLE MOUNTAIN GENERAL HOSPITAL; and DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-00464-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff TODD P. EVANS and Defendant, LANDER COUNTY HOSPITAL DISTRICT D/B/A BATTLE MOUNTAIN GENERAL HOSPITAL (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate and respectfully request that the Court grant the Parties' stipulation to extend the deadline for Defendant to file its reply in support of Defendant's Motion for Summary Judgment for one week. Defendant's reply is currently due on January 25, 2021, pursuant to a stipulation approved by the Court. *ECF No. 25*.

　　　　This is the second request to extend the reply deadline, the first being made as part of the Parties' stipulation to extend all briefing on Defendant's motion. *ECF No. 24*. The Parties submit that good cause exists to grant the additional time for Defendant to file its reply points and authorities. This is a highly document-intensive case that requires ample time to address the evidence and arguments asserted in this multi-claim action to assist the Court in its determination

of the summary judgment motion. Although defense counsel has been diligently working on the reply to file it by the current deadline of January 25, 2021, the press of business and her caseload has hindered her ability to complete a reply of the quality expected by this Court by the current deadline.

Accordingly, the Parties stipulate and request the Court to grant a one-week extension, to February 1, 2021, for Defendant to file its reply in support of its Motion for Summary Judgment. This stipulation is submitted in good faith and for good cause, and is not made for the purpose of delay or any other improper purpose.

**IT IS SO STIPULATED.**

DATED this 21st day of January, 2021

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:  */s/ Daniel Bravo*
   Don Springmeyer, Esq. (SBN 1021)
   Bradley Schrager, Esq. (SBN 10217)
   Daniel Bravo, Esq. (SBN 13078)
   3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89120
   (702) 341-5200 / Fax: (702) 341-5300
   dspringmeyer@wrslawyers.com
   bschrager@wrslawyers.com
   dbravo@wrslawyers.com

*Attorneys for Plaintiff Todd P. Evans*

DATED this 21st day of January, 2021

**LEMONS, GRUNDY & EISENBERG**

By:  */s/ Alice Campos Mercado*
   Alice Campos Mercado, Esq. (SBN 4555)
   Sarah M. Molleck, Esq. (SBN 13830)
   6005 Plumas Street, Third Floor
   Reno, Nevada 89519
   (775) 786-6868 / Fax: (775) 786-9716
   acm@lge.net
   smm@lge.net

*Attorneys for Defendant Lander County Hospital District d/b/a Battle Mountain General Hospital*

**O R D E R**

**IT IS SO ORDERED**.

DATED this 22nd day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE